In the Matter of JOHN R. O'NEILL, Appellant, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Argued April 12, 1948; decided April 22, 1948.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* of counsel), for motion.

*William Richter* opposed.

Motion denied.